```
                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | |
| TRANSOBTURATOR SLING PRODUCTS | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL) |
| LIABILITY LITIGATION | * | |

## O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's motion to place certain cases in Phase V of this multidistrict litigation proceeding (ECF No. 874). Under the current Scheduling and Case Management Order, the parties may agree to place cases in Phase V. Scheduling & Case Mgmt. Order ¶ 11, ECF No. 710. The parties agree that the following cases should be placed in Phase V, so they are now in Phase V:

| | | | |
|---|---|---|---|
| 4:12-cv-00167 | Marker    | 4:13-cv-00335 | Davis |
| 4:13-cv-00135 | Bergin    | 4:13-cv-00473 | Thompson |
| 4:13-cv-00221 | Burgess   | 4:13-cv-00476 | Young |
| 4:13-cv-00228 | Smart     | 4:14-cv-00099 | Chock |
| 4:13-cv-00239 | Pierce    | 4:14-cv-00104 | Jacobian |
| 4:13-cv-00311 | Webb      | 4:14-cv-00207 | Luciano |
| 4:13-cv-00321 | Cole      | 4:14-cv-00209 | Stafford |
| 4:13-cv-00333 | Albertson | | |

IT IS SO ORDERED, this 30th day of October, 2014.

```
                                   S/Clay D. Land
                                      CLAY D. LAND
                              CHIEF U.S. DISTRICT COURT JUDGE
                                 MIDDLE DISTRICT OF GEORGIA
```