IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JANICE YOUNG and RAYMOND YOUNG,  *

        Plaintiffs,  *

v.     Case No. 4:13-cv-476 (CDL)

   *

MENTOR WORLDWIDE, LLC,

   *

        Defendant.

_____  *

**J U D G M E N T**

Pursuant to this Court's Order dated October 28, 2016, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 31st day of October 2016.

                              David W. Bunt, Clerk

                              s/ Timothy L. Frost, Deputy Clerk