# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| JANICE YOUNG and RAYMOND YOUNG | * |
| PLAINTIFFS | * |
| V. | * |
| | * CASE NO. 4:17CV00063 SWW |
| MENTOR WORLDWIDE LLC | * |
| DEFENDANT | * |

## ORDER of DISMISSAL

Before the Court is the parties' stipulation of dismissal [ECF No. 149], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising the Court that they have agreed to dismissal of this action, with prejudice, with each party to bear its own costs and fees.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 22ND DAY OF JANUARY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE